# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GRAFF/ROSS HOLDINGS LLP,    )
      )
    Plaintiff,    )
      )
    v.    )    **Civil Case No. 07-796 (RJL)**
      )
FEDERAL HOME LOAN MORTGAGE    )
CORPORATION,    )
      )
    Defendant.    )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 24th day of September 2012, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation [Dkt. #82] is ADOPTED with the clarifications set forth in the Memorandum Opinion accompanying this Order; it is further

**ORDERED** that defendant's motion to dismiss [Dkt. #35] be, and hereby is, converted into a motion for summary judgment; it is further

**ORDERED** that defendant's motion [Dkt. #35] is GRANTED; it is further

**ORDERED** that defendant's Motion to Appoint a Patent Law Clerk [Dkt. #34] is DENIED as moot; it is further

**ORDERED** that defendant's Motion to Compel Complete Interrogatory Responses and to Strike Plaintiff's Untimely Objection [Dkt. #54] is DENIED as moot; it is further

**ORDERED** the plaintiff's Motion to Compel Production of Relevant Financial and Technological Information [Dkt. #66] is DENIED as moot; it is further

**ORDERED** that any remaining claims and counterclaims pending in the above-captioned case are DISMISSED; and it is further

**ORDERED** that the above-captions case is DISMISSED in its entirety with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2